# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ARAGON R. NOAKS,

      Plaintiff,           :          Case No. 3:08-cv-384

                                   District Judge Walter Herbert Rice
    -vs-                            Magistrate Judge Michael R. Merz

                              :

COCA-COLA ENTERPRISES, INC.,

      Defendant.

## MEDIATOR'S REPORT

On referral from the District Judge (Doc. No. 20), the undersigned conducted a mediation in this case on July 28, 2009.  At the conclusion of the session on that day and with the agreement of both parties, the undersigned agreed to keep the mediation open through Friday, July 31, 2009, to permit one party to make, by telephone through the Court, a response to the other party's last offer.  No such response has been made and the case has not been settled.  The mediation is accordingly closed.

July 31, 2009.

                                                          s/ **Michael R. Merz**

                                                     United States Magistrate Judge